IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. WILLIAMS, ) | C 07-4435 MMC(PR) |
| Petitioner, ) | **ORDER OF TRANSFER** |
| vs. ) | |
| UNITED STATES DISTRICT ) COURT FOR THE NORTHERN ) DISTRICT OF CALIFORNIA, ) | |
| Respondent. ) | |

On August 28, 2007, petitioner, a prisoner at North Kern State Prison, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges a decision by the California Board of Parole Hearings to revoke his parole.

Pursuant to 28 U.S.C. § 2241, venue for a habeas action is proper in either the district of confinement or the district of conviction, and the district in which the petition is filed may transfer the petition to such other district in the furtherance of justice. See 28 U.S.C. § 2241(d); see, e.g., Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). If the petition is directed to the manner in which a sentence is being executed, such as parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); see also Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993) (holding petition challenging conviction or sentence should be heard in district of conviction).

1   North Kern State Prison, where petitioner is confined, is located in Kern County, which is located within the venue of the Eastern District of California. See 28 U.S.C. § 84(d). Under such circumstances, and given the nature of petitioner's claims, the Eastern District is the preferable forum.

   Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

   The Clerk shall close the file.

   IT IS SO ORDERED.

DATED: September 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge

2