**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 12, 2007

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

RE: CV 07-04435 MMC  JAMES F. WILLIAMS-v-U.S.DISTRICT COURT

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*R. C. Santos*

by:  RUFINO C. SANTOS
     Deputy Clerk

Enclosures
Copies to counsel of record