**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 13th, 2007

Clerk
Eastern District Court
4-200 Robert T. Matsui
501 I Street
Sacramento, CA 95814-7300

CASE NUMBER: CV07-4435 MMC
CASE TITLE: JAMES F. WILLIAMS -v- U.S. DISTRICT COURT FOR
            THE NORTHERN DISTRICT OF CALIFORNIA

USCA Case Number:

Dear Sir/Madam:

    Enclosed is an additional Document which was filed with the Northern District Court after the complete File was forwarded to your court (see attached Transfer Order).

Please acknowledge receipt on the enclosed copy of this letter and return to this office.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: Simone Voltz
    Case System Administrator

cc:  Counsel of Record