FILED
07 SEP 20 PM 2:38
[CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA stamp]

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 13th, 2007

**RECEIVED**
SEP 18 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Clerk
Eastern District Court
4-200 Robert T. Matsui
501 I Street
Sacramento, CA 95814-7300

CASE NUMBER: CV07-4435 MMC
CASE TITLE: JAMES F. WILLIAMS -v- U.S. DISTRICT COURT FOR
            THE NORTHERN DISTRICT OF CALIFORNIA

USCA Case Number:                    1:07-CV-1364-OWW -New-DLB-HC

Dear Sir/Madam:

   Enclosed is an additional Document which was filed with the Northern District Court

after the complete File was forwarded to your court (see attached Transfer Order).

Please acknowledge receipt on the enclosed copy of this letter and return to this office.


                                         Sincerely,

                                         RICHARD W. WIEKING, Clerk

                                         Simone Voltz

                                         by: Simone Voltz
                                         Case System Administrator


cc: Counsel of Record